HALMODE APPAREL, INC. v HOME INSURANCE. [639 NYS2d 877] 

 Concur—Murphy, P. J., Sullivan, Milonas, Rosenberger and Ellerin, JJ.

 In the Matter of JAMES HARRISON COHEN, a Disbarred Attorney. [639 NYS2d 687] 

 Concur—Murphy, P. J., Ellerin, Kupferman, Tom and Mazzarelli, JJ.

 In the Matter of PEDRO BATALLA (Admitted as PEDRO J. BATALLA, JR.), a Suspended Attorney. [639 NYS2d 687] 

 No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Rubin and Tom, JJ.